[No. 492. Decided October 3, 1892.]

THE CITY OF TACOMA, *Respondent*, v. JAMES M. DOUGAN,
*Appellant.*

#### APPEAL—PREMATURE ACTION—DISMISSAL.

Where, on appeal, the appellant claims the action was prematurely
brought, and the respondent, who was plaintiff in the court below,
concedes the point, the judgment will be reversed, and the cause dis-
missed without prejudice to another action.

*Appeal from Superior Court, Pierce County.*

*Tripp, Town, Likens & Dillon*, for appellant.
*S. C. M lligan*, and *F. H. Murray*, for respondent.

The opinion of the court was delivered by

ANDERS, C. J.—Appellant was a duly elected, qualified
and acting member of the council of the city of Tacoma,
from May 18, 1889, to October 28, 1890, during all of
which time an ordinance of said city was in full force and
effect, fixing the salary of councilmen at $200.00 per an-
num, payable quarterly, which salary was regularly paid
to appellant as the same became due. On or about April 18,
1890, appellant presented to the council a bill against said
city for alleged services for a period of one hundred and
fifty days, amounting to the sum of $900.00. This claim
was allowed by the council, and a warrant upon the city
treasurer for that sum was duly issued and delivered to
appellant. Subsequently, this action was brought to re-
cover the said sum of $900.00 upon the alleged ground
that appellant was not entitled thereto, and that the same
was illegally paid.

The point was made, upon the argument, as well as in
the brief of counsel for appellant, that the action was pre-
maturely brought, and should have been dismissed by the

lower court, as the proof showed that at the time it was instituted the warrant had not been paid, either in whole or in part. The learned council for the city concedes that the point is well taken, and it is, therefore, unnecessary for us to consider any question touching the merits of the controversy.

The judgment is reversed, and the cause dismissed, but without prejudice to any new action the plaintiff may see fit to bring.

DUNBAR, STILES, SCOTT and HOYT, JJ., concur.